# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHEAL N.B. ATTAWAY,**

    **Plaintiff,**

**v.**

**C/O GLOVER**
**JOHN DOE 1, and,**
**JOHN DOE 2,**

    **Defendants.**

**Case No. 24-cv-1565-SPM**

## JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff shall recover nothing, and this entire action is **DISMISSED without prejudice** for failure to prosecute**.**

    **DATED: 12/10/2024**

                                             **MONICA A. STUMP,**
                                             **Clerk of Court**

                                             **By:   s/Jo Ann Juengel**
                                                     **Deputy Clerk**

**APPROVED:** *s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**